IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRUSTED MEDIA BRANDS, INC.,<br><br>Defendant. | Civil Action No.  7:16-cv-01812<br><br>**STATEMENT OF RELATED CASE** |

Pursuant to Local Civil Rule 1.6(a) and Local Rule 13 of the Division of Business Among Judges, please take notice of the following:

On March 7, 2016, this action was filed and assigned to the federal court in Manhattan, which was the incorrect venue that Plaintiff checked on the Civil Cover Sheet accompanying the filing of her Complaint.  Based on information and belief, Plaintiff Shannon Taylor alleged that Defendant Trusted Media Brands, Inc.'s ("Trusted Media") principal place of business was located in New York, New York.  However, after further research, including consulting the New York State Department of State's Corporations & Business Entities Database, Plaintiff's counsel has learned that Trusted Media's principal place of business is located in White Plains, New York.  Thus, pursuant to Rule 18(a)(i) of the Division of Business Among District Judges, this action should be assigned to the White Plains Courthouse.  Therefore, on March 10, 2016, Plaintiff filed a notice of voluntary dismissal without prejudice of her action filed in the Manhattan federal court, which was so-ordered by Judge Kaplan on March 11, 2016.  Now, Plaintiff refiles her action requesting assignment in the correct vicinage, White Plains.

2

Dated: March 11, 2016  Respectfully submitted,

**BURSOR & FISHER, P.A.**


By: */s/ Joseph I. Marchese*
 Joseph I. Marchese

Scott A. Bursor
Joseph I. Marchese
Philip L. Fraietta
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  scott@bursor.com
 jmarchese@bursor.com
 pfraietta@bursor.com

*Attorneys for Plaintiff*