IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON TAYLOR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TRUSTED MEDIA BRANDS, INC.,<br><br>    Defendant. | Case No.  7:16-cv-01812-KMK<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint, the Declaration of Sandra D. Hauser, and all the pleadings and proceedings herein, Defendant Trusted Media Brands, Inc., through its undersigned counsel, hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse located at 300 Quarropas St., Courtroom 521, White Plains, NY 10601-4150, at a date and time as the Court may direct, for an order, pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint in the above-referenced action with prejudice, and for other and further relief as this Court may deem just and proper

Dated:  July 15, 2016
       New York, NY

     /s/ Sandra D. Hauser
    Sandra D. Hauser
    DENTONS US LLP
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 768-6700

    Fax: (212) 768-6800
    sandra.hauser@dentons.com

    Natalie J. Spears, *Pro Hac Vice*
    Kristen C. Rodriguez, *Pro Hac Vice*
    DENTONS US LLP
    233 S. Wacker Dr., Ste. 5900
    Chicago, Illinois 60606
    Tel:  (312) 876-8000
    Fax:  (312) 876-7934
    natalie.spears@dentons.com
    kristen.rodriguez@dentons.com

    *Counsel for Defendant Trusted Media Brands, Inc.*