# BURSOR & FISHER

P.A.

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

JOSEPH I. MARCHESE
Tel: 646.837.7410
Fax: 212.989.9163
jmarchese@bursor.com

January 30, 2017

**By ECF:**

The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY  10601

Re:     *Taylor v. Trusted Media Brands, Inc.*, Case No. 7:16-cv-01812-KMK (S.D.N.Y.)

Dear Judge Karas:

I write on behalf of Plaintiff Shannon Taylor ("Plaintiff") to advise the Court of Judge Judith Levy's January 27, 2017 Opinion and Order in *Moeller, et al. v. American Media, Inc., et al.*, Case No. 16-cv-11367 (E.D. Mich.), denying Defendants' Motion to Dismiss in a substantially similar action under the Michigan Preservation of Personal Privacy Act, M.C.L. §§ 445.1711, *et seq.*  A true and correct copy of Judge Levy's Opinion and Order is attached to this letter as Exhibit A.

Judge Levy's Opinion and Order addresses – and rejects – every argument raised in Defendant Trusted Media Brand Inc.'s Motion to Dismiss.  *See* Doc. No. 28.  Plaintiff therefore respectfully requests that the Court consider Judge Levy's Opinion and Order in rendering its decision on the pending Motion to Dismiss.

Very truly yours,

Joseph I. Marchese

Enclosure

CC:     All counsel of record (via ECF)