# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**  
**NEW YORK, NY 10019**  
**www.bursor.com**

**JOSEPH I. MARCHESE**  
Tel: **646.837.7410**  
Fax: **212.989.9163**  
**jmarchese@bursor.com**

February 15, 2017

*By ECF:*

The Honorable Kenneth M. Karas  
Federal Building and United States Courthouse  
300 Quarropas St.  
White Plains, NY  10601

Re:     *Taylor v. Trusted Media Brands, Inc.*, Case No. 7:16-cv-01812-KMK (S.D.N.Y.)

Dear Judge Karas:

I write on behalf of Plaintiff Shannon Taylor ("Plaintiff") to advise the Court of Judge George Steeh's February 15, 2017 Opinion and Order in *Perlin v. Time Inc.*, Case No. 16-cv-10635 (E.D. Mich.), denying Defendant's Motion to Dismiss in a substantially similar action under the Michigan Preservation of Personal Privacy Act, M.C.L. §§ 445.1711, *et seq*.  A true and correct copy of Judge Steeh's Opinion and Order is attached to this letter as Exhibit A.

Judge Steeh's Opinion and Order addresses – and rejects – every argument raised in Defendant Trusted Media Brands Inc.'s Motion to Dismiss.  *See* Doc. No. 28.  Plaintiff therefore respectfully requests that the Court consider Judge Steeh's Opinion and Order in rendering its decision on the pending Motion to Dismiss.

Very truly yours,

*Joseph I. Marchese*

Joseph I. Marchese

Enclosure

CC:     All counsel of record (via ECF)