# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**  **JOSEPH I. MARCHESE**
**NEW YORK, NY 10019**  Tel: **646.837.7410**
**www.bursor.com**  Fax: **212.989.9163**
  **jmarchese@bursor.com**

March 14, 2017

***By ECF:***

The Honorable Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY  10601

Re: *Taylor v. Trusted Media Brands, Inc.*, Case No. 7:16-cv-01812-KMK (S.D.N.Y.)

Dear Judge Karas:

      The undersigned represent Plaintiff Shannon Taylor and Defendant Trusted Media Brands, Inc. in the above-referenced matter.  We write to inform the Court that the parties have decided to engage in a private mediation to attempt to resolve this matter.  The parties intend to mediate before The Honorable Frank Maas (Ret.), and are in the process of retaining him and scheduling a mediation.  The parties anticipate that mediation is likely to conclude by May 25, 2017.  In light of the upcoming mediation, the parties jointly request that the Court stay all case deadlines pending the mediation.  No later than 14 days after mediation concludes, the parties will inform the Court by joint letter whether they have reached a settlement.  If the parties have not reached a settlement, they will propose a new schedule to complete the remainder of Phase I discovery.

Very truly yours,

*/s/ Joseph I. Marchese*

Joseph I. Marchese, Plaintiff's Counsel

*/s/ Natalie J. Spears*

Natalie J. Spears, Defendant's Counsel

CC:   All counsel of record (via ECF)