UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHANNON TAYLOR, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>TRUSTED MEDIA BRANDS, INC.,<br><br>      Defendant. | Civil Action No. 16-cv-01812-KMK |

### NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF <u>CLASS ACTION SETTLEMENT</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and (2) the Declaration of Joseph I. Marchese, and the exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiff Shannon Taylor, through her undersigned attorneys, will move this Court, before the Honorable Kenneth M. Karas, United States District Court Judge, Southern District of New York, at the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Bursor & Fisher, P.A. as Class Counsel; (iv) appointing Shannon Taylor as the Class Representative for the Settlement Class; (v) approving the Notice Plan for the Class Action Settlement described in the Class Action Settlement Agreement and its Exhibits, as well as the specific Notice of Class Action and Proposed Settlement (the "Proposed Notice"), attached as Exhibits B-D to the

Settlement Agreement, and directing distribution of the Proposed Notice; and (vi) granting such other, further, or different relief as the court deems just and proper.

* * *

A Proposed Preliminary Approval Order is submitted herewith.

Dated:  June 8, 2017

        Respectfully submitted,

        By:   */s/ Joseph I. Marchese*
               Joseph I. Marchese

        **BURSOR & FISHER, P.A.**
        Scott A. Bursor
        Joseph I. Marchese
        Philip L. Fraietta
        888 Seventh Avenue
        New York, NY 10019
        Telephone:  (646) 837-7150
        Facsimile:  (212) 989-9163
        Email:  scott@bursor.com
                 jmarchese@bursor.com
                 pfraietta@bursor.com

        *Proposed Class Counsel*